**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Rubens Rejoui,<br><br>           Plaintiff,<br><br>v.<br><br>Delta Management Associates, Inc.; and Does 1-10, inclusive,<br><br>           Defendants. | :<br>:<br>:<br>:  Civil Action No.:  1:11-cv-11521 (RGS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Delta Management Associates, Inc. and Does 1-10, inclusive, with prejudice and without costs to any party.

2

| Rubens Rejoui | Delta Management Associates, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | __/s/ Michael Riordan_____ |
| Sergei Lemberg, Esq. | Michael A. Riordan, Esq. |
| BBO No.: 650671 | BBO#:  644574 |
| LEMBERG & ASSOCIATES | Law Office of Michael A. Riordan |
| 1100 Summer Street, 3rd Floor | 274 Main Street, Suite 208 |
| Stamford, CT  06905 | Reading, MA 01867 |
| (203) 653-2250 | Tel: (781) 944-1455 |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 29, 2012, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg
              Sergei Lemberg