UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUBENS REJOUI,
        Plaintiff,

v.
        CIVIL ACTION NO.
        11-11521-MBB

DELTA MANAGEMENT ASSOCIATES, INC., and
DOES 1-10, INCLUSIVE
        Defendant.

## FINAL JUDGMENT

### JULY 2, 2012

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs to any party.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
United States Magistrate Judge